# MINUTES

CASE NUMBER:    CV. NO. 11-00015 SOM-BMK

CASE NAME:      Jun-Sung Kwak, et al. v. Island Colony Hotel, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Barry M. Kurren          REPORTER:

DATE:    3/4/2011                 TIME:

COURT ACTION: EO: "MINUTE ORDER"

The Court received [11] Plaintiffs' Motion for Pro Hac Vice Admission of Co-Counsel and [12], [13], [14] declarations in support thereof. The Court also received Michael S. Kimm, Esq.'s supplement to his declaration, dated February 15, 2011, of which the Court conducted an in camera review. Lastly, the Court received [22] Defendants and Third-Party Plaintiffs Island Colony Partners and 445 Seaside, Inc.'s Memorandum in Opposition to Plaintiffs' Motion for Pro Hac Vice Admission of Co-Counsel. After considering the foregoing, the Court GRANTS [11] Plaintiffs' Motion for Pro Hac Vice Admission of Co-Counsel.

Submitted by kur1, law clerk.